CV 08   0381   MJJ

FILED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:

V.

ANNA NICOLE SMITH a/b/a VICKIE LYNN MARSHALL; J. Howard Marshall II,
Defendants

Complaint
42 USC 1983 / 6th/8th Amendment violations

Comes Now the Plaintiff, Jonathan Lee Riches©, pro se, under 42 USC 1983. Plaintiff seeks 65 million and the J. Howard Marshall estate. FCI Williamsburg bought this property from Marshall in 2003. I'm being abused on this property. The U.S. Marshalls brought me here in chains, they were tight, Marshalls put guns pointed at me. I'm forced to stay on this property, if I leave, I get shot. This is kidnapping. I'm locked in a room, they won't let me out. Defendants subjected my brain to a mental melt down. Defendant's shot J.R. (Jonathan Riches), No one will rescue me, not the A-team or hired hitman Brett hurt. I compel defendants to answer why they can torture me, and lock me in a room all day without coming out.

Respectfully
Jonathan Lee Riches©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590